# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:11-CR-0077-02** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **HENRY THOMPSON** | : | |

## **ORDER**

AND NOW, this 23rd day of September, 2011, upon consideration of the *pro se* motion to appoint new counsel (Doc. 81), filed on August 29, 2009, by defendant Henry Thompson ("Thompson"), wherein Thompson requests that the court remove his court-appointed counsel, Daniel M. Myshin, Esquire, and appoint new counsel, and upon further consideration of the *ex parte* hearing on the motion conducted by the court on September 22, 2011, and for the reason stated on the record of said hearing, it is hereby ORDERED that the motion to appoint new counsel (Doc. 81) is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge