# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:11-CR-0077-02** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **HENRY THOMPSON** | : | |

## **ORDER**

AND NOW, this 2nd day of December, 2011, upon consideration of the request for transcripts (Doc. 134), and the objections (Doc. 135) to the magistrate judge's order (Doc. 121) denying defendant's motion to reopen hearing to determine pretrial release, filed *pro se* by defendant Henry Thompson ("Thompson") on November 30, 2011, and it appearing that defendant is represented by counsel, William A. Fetterhoff, Esquire, but filed the instant motions without assistance therefrom, see United States v. D'Amario, 268 F. App'x 179, 180 (3d Cir. 2008) ("The Constitution does not confer a right to proceed simultaneously by counsel and pro se . . . ."); see also United States v. Vampire Nation, 451 F.3d 189, 206 n.17 (3d Cir. 2006), it is hereby ORDERED that the request for transcripts (Doc. 134), and objections (Doc. 135) to the magistrate judge's order are DENIED without prejudice to defendant's right to file motions seeking similar relief with the assistance of counsel.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge