# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:11-CR-0077-02** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **HENRY THOMPSON** | : | |

## **ORDER**

AND NOW, this 6th day of February, 2012, upon consideration of the motion to dismiss the indictment (Doc. 152), filed *pro se* by defendant Henry Thompson ("Thompson") on February 6, 2012, and it appearing that defendant is represented by counsel, William Fetterhoff, Esquire, but filed the instant motion without assistance therefrom, see United States v. D'Amario, 268 F. App'x 179, 180 (3d Cir. 2008) ("The Constitution does not confer a right to proceed simultaneously by counsel and pro se . . . ."); see also United States v. Vampire Nation, 451 F.3d 189, 206 n.17 (3d Cir. 2006), it is hereby ORDERED that the motion (Doc. 152) is DENIED without prejudice to defendant's right to file a motion seeking similar relief with the assistance of counsel or subsequent to the court deeming defendant *pro se* in the above-captioned matter.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge