# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:11-CR-0077-03 |
| v. | : (Judge Conner) |
| **EDGAR RAMOS** | : |

## ORDER

AND NOW, this 5th day of April, 2012, upon consideration of the motion to withdraw plea (Doc. 176) filed *pro se* by defendant Edgar Ramos ("Ramos"),[1] and it appearing that Ramos is represented by counsel, John A. Abom, Esquire, but filed the instant motion without assistance therefrom, see United States v. D'Amario, 268 F. App'x 179, 180 (3d Cir. 2008) ("The Constitution does not confer a right to proceed simultaneously by counsel and pro se . . . ."); see also United States v. Vampire Nation, 451 F.3d 189, 206 n.17 (3d Cir. 2006), it is hereby ORDERED that the motion to withdraw plea (Doc. 176) is DENIED without prejudice to defendant's right to file motions seeking similar relief with the assistance of counsel.

          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge

---

[1] This is Ramos's second *pro se* motion to withdraw his guilty plea in which he alleges that his guilty plea was the result of misrepresentations by counsel. (See Doc. 171). In response to the allegations in the first *pro se* motion, Ramos's court-appointed counsel sought to withdraw. (Doc. 175). Finding an irreparable breakdown in the attorney-client relationship, the court granted that request, and on April 4, 2012, the court appointed new counsel to represent Ramos. (See Doc. 177). Ramos is directed to consult with Attorney Abom regarding his desire to withdraw his guilty plea.